UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE NEWMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NETWORK EQUIPMENT TECHNOLOGIES et al.,<br><br>      Defendants. | Case No.: 12-CV-03937-LHK<br><br>ORDER TO FILE CASE MANAGEMENT STATEMENT |

   The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for November 14, 2012, as required by to Civil Local Rule 16-10. Further, Plaintiff has not filed any proof of service. Federal Rule of Civil Procedure 4(m) requires that a proof of service be filed within 120 days of the filing of the complaint. The complaint in this action was filed on July 26, 2012. Thus, the proof of service in this case must be filed by November 23, 2012.

   Plaintiff is hereby ORDERED to file a case management statement by November 9, 2012 at 5:00 p.m. If Plaintiff does not also file a proof of service at that time, the case management statement shall address Plaintiff's plans concerning proof of service. If a proof of service is not filed by November 23, 2012, the Court will issue an Order to show cause why this action should not be dismissed for failure to comply with Rule 4(m).

**IT IS SO ORDERED.**

1

Case No.: 12-CV-3937-LHK
ORDER TO FILE CASE MANAGEMENT STATEMENT

Dated: November 8, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-3937-LHK
ORDER TO FILE CASE MANAGEMENT STATEMENT