# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suzanne Newman, Individually, and on behalf of all others similarly situated,       Plaintiff(s),<br><br>v.<br><br>Network Equipment Technologies, Inc., et al.<br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No: CV-12-03937-Ll

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John F. Batter III _____, an active member in good standing of the bar of Massachusetts _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sonus Networks, Inc. ; Navy Acquisition Subsidiary, Inc. in the above-entitled action. My local co-counsel in this case is Jonathan Shapiro _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP 60 State Street, Boston, MA 02109 | Wilmer Cutler Pickering Hale and Dorr LLP 950 Page Mill Road, Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD:<br>(617) 526-6754 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6101 |
| MY EMAIL ADDRESS OF RECORD:<br>john.batter@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jonathan.shapiro@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 033430 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/20/12

John F. Batter III
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John F. Batter III _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 29, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1982**, said Court being the highest Court of Record in said Commonwealth:

## John F. Batter III

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **November** in the year of our Lord **two thousand and twelve**.

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



**The Commonwealth of Massachusetts**

## SUPREME JUDICIAL COURT

### FOR SUFFOLK COUNTY

### JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

November 19, 2012

**MAURA S. DOYLE**

CLERK

CASE INFORMATION (617) 557-1100

FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050

FACSIMILE (617) 557-1055

John F. Batter III
WilmerHale
call 617-526-6088

**IN RE:**        **CERTIFICATE OF ADMISSION AND GOOD STANDING**

John F. Batter III:

Enclosed please find the Certificate of admission and good standing which you have

recently requested from this office.  This certificate attests to your date of admission and good

standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not

hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/
CL Received: November 19, 2012
enclosure