UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE NEWMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NETWORK EQUIPMENT TECHNOLOGIES et al.,<br><br>    Defendants. | Case No.: 12-CV-03937-LHK<br><br>ORDER TO FILE STIPULATION OF SETTLEMENT |

On March 5, 2013, the parties notified the Court, through a Joint Case Management Statement, that they executed a Stipulation of Settlement on February 20, 2013. *See* ECF No. 21 at 1. According to the parties, this settlement, "subject to notice and approval by this Court, will result in the dismissal with prejudice of this action." *Id*. at 1-2. The parties are hereby ORDERED to file the Stipulation of Settlement by March 12, 2013, at 5:00 p.m. If the parties fail to do so, the Case Management Conference currently scheduled for March 13, 2013, will remain as set.

Prior to filing their Motion for Preliminary Approval of Class Action Settlement, the parties shall contact Courtroom Deputy Martha Brown for a hearing date at which time the Court will consider the terms of the proposed settlement.

**IT IS SO ORDERED.**

Dated: March 11, 2013

                                *Lucy H. Koh*
                                LUCY H. KOH
                                United States District Judge