Evan J. Smith (SBN 242352)
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NEWMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK EQUIPMENT TECHNOLOGIES, INC., DAVID WAGENSELLER, DIXON R. DOLL, C. NICHOLAS KEATING, JR., FREDERICK D'ALESSIO, DAVID R. LAUBE, SONUS NETWORKS, INC., and NAVY ACQUISITION SUBSIDIARY, INC.,<br><br>Defendants. | Case No. 12-03937-LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT AUGUST 1, 2013 CONFERENCE** |

- 1 -
REQUEST FOR TELEPHONIC APPEARANCE

Counsel for plaintiff Suzanne Newman ("Plaintiff") respectfully requests leave to appear telephonically at the upcoming case management conference scheduled for August 1, 2013 at 1:30 p.m. in San Jose, CA. As cause therefore, lead counsel for Plaintiff, Evan J. Smith, will be in Bala Cynwyd, PA on August 1, 2013.

The only thing pending in this action is Plaintiff's unopposed motion (Docket # 23) for preliminary approval of the class action settlement reached among the parties on February 20, 2013 which is scheduled to be heard at the August 1, 2013 conference. Due to the fact that the case is resolved pending court approval, Plaintiff respectfully requests that Evan J. Smith, counsel for Plaintiff, be permitted to appear at the August 1, 2013 status conference telephonically.

Dated: July 23, 2013                    Respectfully submitted,

                                        BRODSKY & SMITH, LLC

                                        By:*s/ Evan J. Smith*
                                        Evan J. Smith
                                        9595 Wilshire Boulevard, Suite 900
                                        Beverly Hills, CA 90212
                                        Telephone: (877) 534-2590
                                        Facsimile: (310) 247-0160

                                        *Counsel for Plaintiff*