WILMER CUTLER PICKERING HALE AND DORR LLP
Michael A. Mugmon (251958)
Michael.Mugmon@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Tel:    (650) 858-6000
Fax:   (650) 858-6100

WILMER CUTLER PICKERING HALE AND DORR LLP
John F. Batter III, admitted *pro hac vice*
John.Batter@wilmerhale.com
60 State Street
Boston, MA 02109
Tel: +1.617.526.6000
Fax: +1.617.526.5000

Attorneys for Defendants
Sonus Networks Inc. and Navy Acquisition Subsidiary, Inc.

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NEWMAN, Individually and on behalf of all others similarly situated, | Case No. 12-03937-LHK |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT AUGUST 1, 2013 CONFERENCE** |
| vs. | |
| C. NICHOLAS KEATING, JR., FREDERICK D. D'ALESSIO, DIXON R. DOLL, DAVID R. LAUBE, SONUS NETWORKS, INC., NAVY ACQUISITION SUBSIDIARY, INC., and NETWORK EQUIPMENT TECHNOLOGIES, INC., | |
| Defendants. | |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Request for Telephonic Appearance at August 1, 2013 Conference ─ Case No. 12-03937-LHK

Counsel for Defendants Sonus Networks Inc. and Navy Acquisition Subsidiary, Inc. (together, "Sonus") respectfully requests leave to appear telephonically at the upcoming case management conference scheduled for August 1, 2013 at 1:30 p.m. in San Jose, CA. As cause therefore, lead counsel for Sonus, John F. Batter III, will be in Boston, MA on August 1, 2013.

The only thing pending in this action is plaintiff's unopposed motion (Docket # 23) for preliminary approval of the class action settlement reached among the parties on February 20, 2013, which is scheduled to be heard at the August 1, 2013 conference. Counsel for co-defendants Network Equipment Technologies, Inc. and the individual members of its Board of Directors will be attending the conference in person.

August 1, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ John F. Batter III
JOHN F. BATTER III
MICHAEL A. MUGMON

Attorneys for SONUS NETWORKS INC. and NAVY ACQUISITION SUBSIDIARY, INC.

Request for Telephonic Appearance at August 1, 2013 Conference ─ Case No. 12-03937-LHK

-2-