| | |
|---|---|
| 1 | Evan J. Smith (SBN 242352) |
|   | BRODSKY & SMITH, LLC |
| 2 | 9595 Wilshire Blvd., Suite 900 |
|   | Beverly Hills, CA 90212 |
| 3 | Telephone: (877) 534-2590 |
|   | Facsimile: (310) 247-0160 |
| 4 | esmith@brodskysmith.com |
| 5 | Attorney for Plaintiff |

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

SUZANNE NEWMAN, Individually and on behalf of all others similarly situated,

　　　　　　Plaintiff,

　　v.

NETWORK EQUIPMENT TECHNOLOGIES, INC., DAVID WAGENSELLER, DIXON R. DOLL, C. NICHOLAS KEATING, JR., FREDERICK D'ALESSIO, DAVID R. LAUBE, SONUS NETWORKS, INC., and NAVY ACQUISITION SUBSIDIARY, INC.,

　　　　　　Defendants.
_____

Case No. 12-03937-LHK

REQUEST FOR TELEPHONIC APPEARANCE AT AUGUST 1, 2013 CONFERENCE

- 1 -
REQUEST FOR TELEPHONIC APPEARANCE

Counsel for plaintiff Suzanne Newman ("Plaintiff") respectfully requests leave to appear telephonically at the upcoming case management conference scheduled for August 1, 2013 at 1:30 p.m. in San Jose, CA. As cause therefore, lead counsel for Plaintiff, Evan J. Smith, will be in Bala Cynwyd, PA on August 1, 2013.

The only thing pending in this action is Plaintiff's unopposed motion (Docket # 23) for preliminary approval of the class action settlement reached among the parties on February 20, 2013 which is scheduled to be heard at the August 1, 2013 conference. Due to the fact that the case is resolved pending court approval, Plaintiff respectfully requests that Evan J. Smith, counsel for Plaintiff, be permitted to appear at the August 1, 2013 status conference telephonically.

Dated: July 23, 2013             Respectfully submitted,

                                 BRODSKY & SMITH, LLC

                                 By:*s/ Evan J. Smith*
                                 Evan J. Smith
                                 9595 Wilshire Boulevard, Suite 900
                                 Beverly Hills, CA 90212
                                 Telephone: (877) 534-2590
                                 Facsimile: (310) 247-0160

                                 *Counsel for Plaintiff*