John C. Tang (State Bar No. 212371)
jctang@jonesday.com
William S. Freeman (State Bar No. 82002)
wfreeman@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:  415.626.3939
Facsimile:  415.875.5700

*Attorneys for Defendants*
Network Equipment Technologies, Inc., Dixon R. Doll, C. Nicholas Keating, Jr., Frederick D'Alessio, David R. Laube, and David Wagenseller

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NEWMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK EQUIPMENT TECHNOLOGIES, INC., DAVID WAGENSELLER, DIXON R. DOLL, C. NICHOLAS KEATING, JR., FREDERICK D'ALESSIO, DAVID R. LAUBE, SONUS NETWORKS, INC., and NAVY ACQUISITION SUBSIDIARY, INC.,<br><br>Defendants. | CASE NO. CV-12-03937-LHK<br><br>CLASS ACTION<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed:   July 26, 2012 |

**JOINT CASE MANAGEMENT STATEMENT; CASE NO. CV12-3937-LHK**

The parties in this action respectfully submit this Joint Case Management Statement in advance of the Case Management Conference scheduled to occur on August 1, 2013 at 1:30 p.m.

## I.  FACTUAL BACKGROUND

Plaintiff brings this purported shareholder class action on behalf of himself and all other public shareholders of Network Equipment Technologies, Inc. ("NET"), against NET, its Board of Directors (the "Individual Defendants"), Sonus Networks, Inc. ("Sonus") and Navy Acquisition Subsidiary, Inc. (the "Merger Sub") (collectively, the "Defendants"), arising out of a transaction in which Sonus acquired each share of common stock of NET for $1.35 per share, for a total transaction value of approximately $42 million (the "Acquisition").  Plaintiff alleges that in approving the Acquisition, the Individual Defendants breached their fiduciary duties of loyalty, good faith, due care and disclosure by, inter alia, (i) agreeing to sell NET without first taking steps to ensure that Plaintiff and Class members would obtain adequate, fair and maximum consideration under the circumstances; and (ii) engineering the Acquisition to benefit themselves and/or Sonus without regard for NET's public shareholders.  This action sought to enjoin the Acquisition and compel the Individual Defendants to properly exercise their fiduciary duties to NET's shareholders.  The Acquisition was consummated on August 24, 2012.  Defendants have denied that they committed or aided and abetted in the commission of any violation of law or engaged in any of the wrongful acts alleged in this action, and maintain that they complied with their fiduciary and other legal duties at all times.

## II.  PROCEDURAL HISTORY

Plaintiff filed this action on July 26, 2012.  Plaintiff filed waiver of service forms as to NET and the Individual Defendants on November 20, 2012, and as to Sonus and Merger Sub on November 21, 2012.

The parties in this action, as well as the related shareholder actions pending in California State Court and Delaware Chancery Court, have reached a negotiated resolution of the litigation on a class action basis.  Since the date of the initial case management conference on November 14, 2012, the parties have completed confirmatory discovery consisting of document production, the deposition of a former member of NET's Board of Directors, and the deposition of a

representative of a financial advisor to NET in connection with the Acquisition. In addition, on February 20, 2013, the parties executed a Stipulation of Settlement (Dkt# 23) which, subject to notice and approval by this Court, will result in the dismissal with prejudice of this action. On March 14, 2013, Plaintiff's counsel filed with the Court an unopposed motion for preliminary approval of the class action settlement (Dkt# 26). The unopposed motion is the only currently-pending issue before the Court in this action, and is scheduled to be heard on August 1, 2013, the same date as the upcoming Case Management Conference.

Dated: July 24, 2013                    Respectfully submitted,

                                        JONES DAY


                                        By: */s/ John C. Tang*
                                            John C. Tang
                                            William S. Freeman
                                            555 California Street, 26th Floor
                                            San Francisco, CA 94104

                                        *Attorneys for Defendants*
                                        NETWORK EQUIPMENT TECHNOLOGIES, INC.,
                                        DIXON R. DOLL, C. NICHOLAS KEATING, JR.,
                                        FREDERICK D'ALESSIO, DAVID R. LAUBE,
                                        AND DAVID WAGENSELLER

Dated: July 24, 2013                    WILMERHALE


                                        By: */s/ John F. Batter III*
                                            John F. Batter III (admitted *pro hac vice*)
                                            Nolan Mitchell
                                            60 State Street
                                            Boston, MA 02109
                                            Tel. (617) 526-6000

                                            Michael A. Mugmon
                                            950 Page Mill Road
                                            Palo Alto, CA 94304
                                            Tel. (650) 858-6000

                                        *Attorneys for Defendants*
                                        SONUS NETWORKS, INC. AND NAVY
                                        ACQUISITION SUBSIDIARY, INC.

| | | |
|---|---|---|
| 1 | Dated:  July 24, 2013 | BRODSKY & SMITH, LLC |

By: */s/ Evan J. Smith*
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Tel. (877) 534-2590

Of Counsel:
BROWER PIVEN
Brian C. Kerr
475 Park Avenue South, 33rd Floor
New York, NY 10016
Tel. (212) 501-9000

*Attorneys for Plaintiff* SUZANNE NEWMAN

**Pursuant to Civil Local Rule 5-1(i), the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.**

Dated: July 24, 2013

  */s/ Jacqueline Vallette*
Jacqueline Vallette

1   Dated:  July 24, 2013                    BRODSKY & SMITH, LLC

By: */s/ Evan J. Smith*
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Tel. (877) 534-2590

Of Counsel:
BROWER PIVEN
Brian C. Kerr
475 Park Avenue South, 33rd Floor
New York, NY 10016
Tel. (212) 501-9000

*Attorneys for Plaintiff* SUZANNE NEWMAN

**Pursuant to Civil Local Rule 5-1(i), the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.**

Dated: July 24, 2013

  */s/ Jacqueline Vallette*
Jacqueline Vallette