UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE NEWMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK EQUIPMENT TECHNOLOGIES, INC., DAVID WAGENSELLER, DIXON R. DOLL, C. NICHOLAS KEATING, JR., FREDERICK D'ALESSIO, DAVID R. LAUBE, SONUS NETWORKS, INC., and NAVY ACQUISITION SUBSIDIARY, INC.,<br><br>Defendants. | Case No. 12-CV-3937-LHK<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) |

    I, Brian C. Kerr, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Plaintiff in the above-entitled action. My local co-counsel in this case is Evan J. Smith, Brodsky & Smith, LLC, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

    My address of record: Brower Piven, A Professional Corporation, 475 Park Avenue South, 33rd Floor, New York, NY 10016

    My telephone number of record: 212-501-9000

    My email address of record: kerr@browerpiven.com

    Local Co-Counsel's address of record: Brodsky & Smith, LLC, 9595 Wilshire Boulevard, Suite 900, Beverly Hills, CA 90212

    Local Co-Counsel's telephone number of record: 877-534-2590

    Local Co-Counsel's email address of record: esmith@brodsky-smith.com

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 2806123.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2013, at New York, New York.

_____
Brian C. Kerr

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian C. Kerr is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   August 1, 2013

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE