1  Evan J. Smith
2  **BRODSKY & SMITH, LLC**
   9595 Wilshire Boulevard, Suite 900
3  Beverly Hills, CA 90212
   Telephone: (877) 534-2590
4  Facsimile: (310) 247-0160

5  *Attorneys for Plaintiff*

6

7              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
8                  **SAN JOSE DIVISION**

9  SUZANNE NEWMAN, Individually and on        )
   behalf of all others similarly situated,   )
10                                             )   Case No. 12-CV-3937-LHK
                        Plaintiff,             )
11                                             )
                  v.                           )   **DECLARATION OF BRIAN C.**
12                                             )   **KERR IN FURTHER SUPPORT OF**
   NETWORK EQUIPMENT                           )   **PLAINTIFF'S UNOPPOSED**
13 TECHNOLOGIES, INC., DAVID                   )   **MOTION FOR PRELIMINARY**
   WAGENSELLER, DIXON R. DOLL, C.              )   **APPROVAL OF SETTLEMENT**
   NICHOLAS KEATING, JR., FREDERICK            )
14 D'ALESSIO, DAVID R. LAUBE, SONUS            )
   NETWORKS, INC., and NAVY                    )   Before:      Hon. Lucy H. Koh
15 ACQUISITION SUBSIDIARY, INC.,               )
                                               )
16                      Defendants.            )
                                               )
17                                             )
                                               )
18 _____

19

20

21

22

23

24

25

26

27

28

[12-cv-3937-LHK] DECL. OF BRIAN C. KERR IN FURTHER SUPPORT OF PLF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT

1     I, Brian C. Kerr, declare as follows:

2          1.     I am a director with the law firm of Brower Piven, A Professional Corporation,

3   counsel for Plaintiff Suzanne Newman. I am fully familiar with all the facts and circumstances

4   described herein. I have been admitted to appear pro hac vice in this action.

5          2.     Pursuant to the Court's request during the August 1, 2013 hearing on Plaintiffs'

6   motion for preliminary approval of the proposed class action settlement, attached hereto are true

7   and correct copies of the following documents:

8   Exhibit 1:     Network Equipment Technologies, Inc. Form 8-K, dated August 16, 2012,

9   marked to reflect the supplemental disclosures obtained in connection with the proposed

10  settlement.

11  Exhibit 2:     Firm Resume for Brower Piven, A Professional Corporation.

12  Exhibit 3:     Firm Resume for Brodsky & Smith, LLC.

13  Exhibit 4:     Revised copy of the [Proposed] Order Preliminarily Approving Settlement and

14                 Providing for Notice, which includes as Exhibit A the Notice of Pendency of

15                 Class Action, Proposed Settlement of Class Action, and Settlement Hearing.

16  I declare under penalty of perjury that the foregoing is true and correct.

17  Executed this 2nd day of August, 2013, at New York, New York.

18

19                                                   _____

                                                          Brian C. Kerr

20

21                                 **ATTESTATION**

22       I, Evan J. Smith, am the ECF user whose ID and password are being used to file the

23  foregoing document.  In compliance with Local Order 5-1(i), I hereby attest that Brian C. Kerr

24  has concurred in this filing and that I have on file all holograph signatures for any signatures

25  indicated by a "conformed" signature (/s/) with this efiled document.

26

27                                   _/s/_____

28                                   _____