1  John C. Tang (State Bar No. 212371)
   jctang@jonesday.com
2  William S. Freeman (State Bar No. 82002)
   wfreeman@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, California  94104
   Telephone:  415.626.3939
5  Facsimile:  415.875.5700

6  *Attorneys for Defendants*
   Network Equipment Technologies, Inc., Dixon R. Doll,
7  C. Nicholas Keating, Jr., Frederick D'Alessio, David R.
   Laube, and David Wagenseller
8

9
                    **UNITED STATES DISTRICT COURT**
10
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11

12

| | |
|---|---|
| SUZANNE NEWMAN, Individually and on behalf of all others similarly situated, | CASE NO. CV-12-03937-LHK |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **DECLARATION OF JOHN C. TANG REGARDING MAILING OF NOTICE OF PROPOSED SETTLEMENT, AND SETTLEMENT HEARING** |
| NETWORK EQUIPMENT TECHNOLOGIES, INC., DAVID WAGENSELLER, DIXON R. DOLL, C. NICHOLAS KEATING, JR., FREDERICK D'ALESSIO, DAVID R. LAUBE, SONUS NETWORKS, INC., and NAVY ACQUISITION SUBSIDIARY, INC., | Complaint Filed:   July 26, 2012 |
| Defendants. | |

**DECLARATION RE NOTICE OF PROPOSED SETTLEMENT; CASE NO. CV12-3937-LHK**

I, John C. Tang, declare as follows:

1. I am a partner with the law firm of Jones Day, counsel for Defendant Network Equipment Technologies, Inc. and the individual Defendants in this action. I have personal knowledge of the facts and circumstances described herein.

2. On August 22, 2013, I was informed by a representative of KCC, the settlement notice administrator, that the mailing of the Notice of Pendency of Class Action, Proposed Settlement of Class Action, and Settlement Hearing (the "Settlement Notice") had occurred in accordance with the Court's August 2, 2013 Order Preliminarily Approving Settlement and Providing for Notice (Dkt# 47).

3. The KCC representative also informed me that the Settlement Notice that was mailed, was in the form attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of August, 2013 in San Francisco, California.

_____
John C. Tang