WILMER CUTLER PICKERING HALE AND DORR LLP
Michael A. Mugmon (251958)
Michael.Mugmon@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

WILMER CUTLER PICKERING HALE AND DORR LLP
John F. Batter III, admitted *pro hac vice*
John.Batter@wilmerhale.com
60 State Street
Boston, MA 02109
Tel:   (617) 526.6000
Fax:   (617) 526.5000

Attorneys for Defendants
Sonus Networks Inc. and Navy Acquisition Subsidiary, Inc.

**GRANTED**

*Lucy H. Koh*
Judge Lucy H. Koh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NEWMAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> C. NICHOLAS KEATING, JR., FREDERICK D. D'ALESSIO, DIXON R. DOLL, DAVID R. LAUBE, SONUS NETWORKS, INC., NAVY ACQUISITION SUBSIDIARY, INC., and NETWORK EQUIPMENT TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 12-03937-LHK <br><br> **REQUEST FOR TELEPHONIC APPEARANCE AT JANUARY 16, 2014 HEARING** |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Request for Telephonic Appearance at January 16, 2014 Hearing — Case No. 12-03937-LHK

Counsel for Defendants Sonus Networks Inc. and Navy Acquisition Subsidiary, Inc. (together, "Sonus") respectfully requests leave to appear telephonically at the upcoming final class action settlement approval hearing scheduled for January 16, 2014 at 1:30 p.m. in San Jose, CA. As cause therefore, lead counsel for Sonus, John F. Batter III, will be in Boston, MA on January 16, 2014. Counsel for co-defendants Network Equipment Technologies, Inc. and the individual members of its Board of Directors will be attending the hearing in person. As of the date of this filing, no objections to the settlement have been received.

January 7, 2014

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ *John F. Batter III*
JOHN F. BATTER III
MICHAEL A. MUGMON

Attorneys for SONUS NETWORKS INC. and NAVY ACQUISITION SUBSIDIARY, INC.

Request for Telephonic Appearance at January 16, 2014 Hearing ─ Case No. 12-03937-LHK

-2-