UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE NEWMAN, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>NETWORK EQUIPMENT TECHNOLOGIES et al.,<br><br>             Defendants. | Case No.: 12-CV-03937-LHK<br><br>ORDER TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF MOTION FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND EXPENSES |

The Court orders Plaintiff's counsel to file supplemental declarations in support of their motion for approval of award of attorneys' fees and expenses (ECF No. 50) by Friday, January 24, 2014. Such declarations must include justifications for hourly rates and actual billing time entries.

**IT IS SO ORDERED.**

Dated: January 16, 2014

_____
LUCY H. KOH
United States District Judge